UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| QUANTEL LOTTS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:07CV610 RWS |
| ) | |
| JAMES PURKETT, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

On April 15, 2010, I ordered respondent to file an opposition to petitioner's motion to alter or amend judgment by May 3, 2010. Respondent then obtained an extension of time, up to and including May 17, 2010, to file an opposition. It is now June 1, 2010, and respondent has yet to file an opposition to petitioner's motion to alter or amend judgment.

Accordingly,

**IT IS HEREBY ORDERED** that <u>**respondent shall file an opposition to petitioner's motion to alter or amend judgment by June 11, 2010. No more extensions of time will be granted.**</u>

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of June, 2010.